1054

[No. 56934-1-I. Division One. September 5, 2006.]

JEFFREY GUEBLE ET AL., *Respondents*, v. CANYON PARK
RESTAURANT CORPORATION ET AL., *Defendants*,
ROBERT F. GOODWIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-33973-1, Richard A. Jones, J., entered
August 26, 2005. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker and Cox, JJ.

[Nos. 57510-4-I; 57511-2-I. Division One. September 5, 2006.]

*In the Matter of the Dependency of* J.R.E.K. ET AL.

TRISTA L. SHIRLEY, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for King
County, Nos. 05-7-00869-3 and 05-7-00870-7, Michael S.
Spearman, J., entered November 2, 2005. *Affirmed* by
unpublished opinion per Baker, J., concurred in by Coleman
and Cox, JJ.

[No. 32532-2-II. Division Two. September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS J.
CENCICH, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 97-1-00100-9, Gary Tabor, J., entered
November 24, 2004. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Van Deren, A.C.J., and
Hunt, J.